IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Kyra L Pardue

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The City of Sanford ME 04073
Officers at Sanford Police Department
Officer Andrew Raymond (PTO)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

Officer Thomas Sayre (Lietenant)
Christopher Brown (PTO)
Amy Gagne
Travis Bellard (PTO)
Eric Bilodeau (officer)
Eric Small Deputy Chief
Craig Anderson Chief of Police

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kyra Pardue
Street Address: 1646 Main Street
City and County: Sanford ~~York~~ (KLP)
State and Zip Code: Maine 04073
Telephone Number: 207-819-5592
E-mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: The City of Sanford
Job or Title (if known): City Manager Steven Buck and Mayor Becky A. Brink
Street Address: 919 Main Street
City and County: Sanford, ~~York~~ (KLP)
State and Zip Code: Maine, 04073
Telephone Number: 207-324-9173
E-mail Address (if known): https://www.sanfordmaine.org City manager

Defendant No. 2

Name: Sanford Police Department and it's agents
Job or Title (if known):
Street Address: 935 Main Street
City and County: Sanford, ME 04073

#1 Chief of Police Craig Anderson
#2 Command Staff Eric Small

State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3
Name _(PTO) Andrew Raymond_
Job or Title _PTO_
(if known)
Street Address _935 Main Street_
City and County _Sanford_
State and Zip Code _ME 04073_
Telephone Number _207-324-3644_
E-mail Address _____
(if known)

Defendant No. 4
Name _Officer Thomas Sayre_
Job or Title _Lieutenant_
(if known)
Street Address _935 Main St._
City and County _Sanford_
State and Zip Code _Maine 04073_
Telephone Number _207-324-3644_
E-mail Address _none known_
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of expression / Equal Protection Tresspassing on my property illegal entry w/o a warrant / Excessive Force Violation of Constitutional Rights #4,8,14 multiple counts

#5 #6

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Kyra Pardue, is a citizen of the State of *(name)* Maine.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* The City of Sanford and it's agents, is a citizen of the State of *(name)* Maine. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) The City of Sanford and it's agents Sanford Police, is incorporated under the laws of the State of (name) Maine, and has its principal place of business in the State of (name) Maine. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

amount of violations and damages puntitive and compensatory damages

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

. . . .

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/28, 2023

Signature of Plaintiff   Kyra L Pardue

Printed Name of Plaintiff   Kyra L. Pardue

On Sept 2, 2021 Sanford Police came to my residence that I own at 1046 Main Street Sanford, ME 04073. in the evening Officer Andrew Raymond and Officer Thomas Sayre. came. Wanted to talk to me about an alleged assult (Domestic). Upon arrival my daughter in Law answered the door told Andrew Raymond no one was interested in talking to him! Andrew Raymond kept pressure on Desiree Greenier and did not take No for an answer. To go get myself Kyra Pardue very aggressively. I came to the porchside door not the main entrance and asserted I was not interested in speaking

to him (Andrew Raymond Sanford) Police as well as Thomas Sayre Sanford Police I stated to both they are not permitted on the property and they are tresspassing. Sign is posted as well. Andrew proceeded to say I am doing an investi(gation) I told Andrew again to leave I am asserting my rights I went in side my home closed the door. My son Tyler Pardue was outs(ide) still speaking to officer Andrew Raymond and officer Thomas Sayre. A few moments go by I agree Tyler is old to come back in if he is going to comply

with house rules!! Tyler enters the home officer Andrew Raymond puts his foot and boot in the door as Tyler is closing it. My son Tyler with a rare brain and endocrine condition Addison's disease and audrenoleukodystrophy gets his head bounced off of the wall by Andrew Raymond. Addison's is life threatening by lack of cortisol and stress. Audrenoleukodystrophy you are not to be hit in the head. Officer Raymond proceeds in to my kitchen without permission or a warrant excessively grabs me leaving bruises on my body. Arrests me. Officer Sayre follows Raymond into the home and kitchen

3 dogs are on the loose and hysterical children. My Son Evan Pardue, Tyler Pardue, Desiree Greenier and my Special needs Daughter Mataya Pardue. Tyler recorded the police encounter.

Video footage of this incident is attatched to the complaint.

Officer Thomas Sayre reported this incident to town Manager Steven Buck.

A meeting was held with Eric Small Deputy Chief! Documentation of date requested!!

Requests to speak to the Chief Anderson was denied by Eric Small.

Certified Mail return receipt requested was sent with lots of pages and complaints of ongoing issues. Excessive force, illegal arrests, tresspassing, injuries illegal entry, harrassment, failure to protect equal rights and attempted murder! To Chief Anderson. No return letter of coarse of action or contact. Violations continue to March 29, 2023 Tresspassed on my property being asked respectfully to leave asserting rights no one is talking to them meaning myself! Officer Travis Belleard tresspassed gross on side yard not main entrance on Lenox side of Home. I had my back to

aggressively arrested me without probable caus[e] or reading me my maran[da] rights. Cuffed me causing severe pain and rings around my left wrists. Falsely stating he was assulted. I requested once again officers get off of my private property and was not listened t[o] by Amy Gagne who insis[ted] on staying at the top of my driveway tryin[g] to talk to my mino[r] Evan Pardue! I wen[t] with officer Eric Billode I was not willing to go with officer Bellard who had hurt me! I was taken to the Sanford Police Station. I was

giver a phone call to my mother. Officer Biledeau was listening to what I was saying violating my privacy. I asserted I wanted to be brought to the Hospital for documentation of excessive force and mental health Evaluation. I explained to officer Biledeau I did not want to go to Goodall hospital. Officer Biledeau brought me there against my Hippa. Upon arrival I was swommed with severe Anxiety and trauma responce. PTSD symtoms exhausterbated. Verbally assulted and physical abuse / restraight for no apparent reason. I requested a mental health visit as I was

feeling Suicidal from my ongoing police treatment. Denied. Officer Biledeau told Staff what he did to cause my mistreatm Hospital Cop came at me for no reason aggressively while I wa itching my left foot. I took off my croc holding it up in my righ hand. Told hospital cop do not touch me I was not bothering anyt About 8 Staff were on me hit my head off me bed not awake I belie woke up to police mas on face inhumane treatment felt asphyxiate I am asthmatic an closterphobic. Yelling I could not breathe.

Officer Christopher Brown was laughing at me! Saying oh are you going to walk I am excessively cuffed in a wooden box with handcuffs on Both Hands, belted to a Bed, and my feet cuffed and in a wooden box! Urinating myself trying to Breathe to get the words out that I can't breathe. My Bail went from 500 intially to over 1,060 this day! The officers did not inform York County that I was having suicidal ideations put me in danger as well as Civil liability for the jail neglect. I suffered a severe Concussion and bruises Documented!

$1,600 brain scan
I have audrenoleukodystroph
Thousands of Dollars in
is owed back to
The State of Maine
for emergency room visit
medication, doctor's visit
brain scans, x-rays.
Personal injury, menta
distress, excerberation of PTS
Violation of Constitutional
Rights, Excessive force,
Neglect, Tresspassing
failure to protect or
Serve. On Sept 2, 2023
and March 29, 2023
ongoing Harrassment
by Sanford Police
Department.
Bill on release
from Jail Maine
Medical Mental
Health Eval Suicidal
Ideations - PTSD
March 29, 2023 late eve
30, 2023

Defendent No. 5
(PTO) Travis Belleard
935 Main Street
Sanford ME 04073
207-324-3644

Defendent No. 6
Amy Gagne
officer
935 Main Street
Sanford ME 04073
207-324-3644